**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. H-12-699 |
| | § | |
| CHARLES JORDAN | § | |
| KELLY GIPSON | § | |

**O R D E R**

Defendant Charles Jordan filed a motion to have this case deemed complex and for a continuance, (Docket Entry No. 16). No party opposes the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion to deem this case a complex case is GRANTED. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 1, 2013 |
| Responses are to be filed by: | April 15, 2013 |
| Pretrial conference is reset to: | **April 22, 2013 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **April 29, 2013 at 9:00 a.m.** |

SIGNED on December 6, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge