**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-699 |
| | § | |
| CHARLES JORDAN a/k/a Chip Jordan | § | |

**O R D E R**

Docket Entry No. 21 is granted. Charles Jordan is ordered to appear on **April 1, 2013** at 8:30 a.m. on the motion for hearing on the government's motion for hearing on revocation of pretrial release.

SIGNED on March 25, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge